# Court of Appeals
# of the State of Georgia

ATLANTA, February 27, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1027.  HERSCHEL G. BYRD v. THE STATE.**

Herschel G. Byrd pled guilty to manslaughter.  Several years later, Byrd filed a pro se "Extraordinary Motion to Correct Void Sentences," which the trial court denied on June 4, 2013.  On August 5, 2013, Byrd filed a notice of appeal.  We, however, lack jurisdiction.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of the order sought to be appealed. "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995).  Because Byrd's notice of appeal was filed 62 days after the court's order, it is untimely. We thus lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/27/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*